Entered: March 12th, 2021
Signed: March 12th, 2021

**SO ORDERED**

AS AMENDED.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| JONATHAN S. STARK | ) | CASE NO. 19-15214 |
| | ) | |
| | ) | |
|     DEBTOR. | ) | |

-------------------------------------------------------------------------------------------------

U.S. BANK TRUST NATIONAL )
ASSOCIATION, AS TRUSTEE OF THE )
DWELLING SERIES IV TRUST )
              MOVANT, )
 )
V. )
 )
JONATHAN S. STARK )
6830 HAYLEY RIDGE WAY, UNIT K )
BALTIMORE, MD 21209, )
              DEBTOR, )
 )
 )
PATRICIA B. JEFFERSON )
TRUSTEE )
100 LIGHT STREET 10TH FLOOR )
BALTIMORE, MD 21202, )
              RESPONDENTS. )

### ORDER TERMINATING AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 6830 HAYLEY RIDGE WAY, UNIT K, BALTIMORE, MD 21209

Upon consideration of the Motion For Relief From Automatic Stay On Real Property Located At 6830 Hayley Ridge Way, Unit K, Baltimore, MD 21209 (hereinafter the "Property") filed by U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust ("Movant") (Doc. 46), notice having been served upon parties in interest pursuant to Md. L.B.R. 4001-1, no opposition being filed, and it appearing that good cause exists

NOW, THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay imposed by 11 U.S.C. §362(a) be and hereby is terminated, with respect to the Property to allow Movant to enforce its rights under state law, and it is further,

ORDERED: that F.R. Bankr. P. 4001(a)(3) shall not apply to this order and, in the event that Movant sells the subject Property, Movant shall comply with Md. L.B.R. 4001-3(a).

cc: Attorneys For Movant
Debtor(s)
Attorney for Debtor
~~Chapter 13 Trustee~~
Chapter 7 Trustee

**End Of Order**